UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81157-CIV-COHN/MATTHEWMAN

WAYNE F. EDSON, on behalf of
Himself and similarly situated persons,

      Plaintiff,

v.

TRANSWORLD SYSTEMS INC.,

      Defendant.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court *sua sponte*. Pursuant to Rule 4(m) of the

Federal Rules of Civil Procedure, service of the summons and complaint must be

perfected upon a defendant within 90 days of the filing of the complaint. Although the

Complaint in this action was filed on August 27, 2018, there is no indication of service

upon the Defendant.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no

later than **November 26, 2018,** why service has not been perfected upon Defendant.

Alternatively, Plaintiff may file proof of timely service upon Defendant. Failure to comply

with this Order will result in the dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 16th day of November, 2018.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF