UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81157-CIV-COHN/MATTHEWMAN

WAYNE F. EDSON, on behalf of
Himself and similarly situated persons,

    Plaintiff,

v.

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Dismissal Without Prejudice [DE 5.]

Accordingly, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of November, 2018.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF